# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Xuan-Kha Tran Pham<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:23-mj-107<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 15, 2023__ in the city/county of __Fairfax__
in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1), (b) | Assault of employee of the United States inflicting bodily injury |

This criminal complaint is based on these facts:



☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

AUSA Alexander E. Blanchard
*Printed name and title*

*Complainant's signature*

Nicole Miller, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone _____ *(specify reliable electronic means)*.

Date: May 16, 2023

Digitally signed by Ivan Davis
Date: 2023.05.16 13:42:04 -04'00'

*Judge's signature*

City and state: Alexandria, Virginia

Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*