# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**

- City: Fairfax
- County:

☐ Under Seal

- Superseding Indictment:
- Same Defendant:
- Magistrate Judge Case No. 1:23-mj-107
- Search Warrant Case No.

**Judge Assigned:**

**Criminal No.**

New Defendant:

**Arraignment Date:**

R. 20/R. 40 From:

**Defendant Information:**

- **Defendant Name:** Xuan-Kha Tran Pham
- Alias(es):
- ☐ Juvenile   FBI No.
- **Address:**
- Employment:
- **Birth Date:** XX/XX/1974   **SSN:** XXX-XX-XXXX   **Sex:** Male   Race:   Nationality:
- **Place of Birth:** Vietnam   Height:   Weight:   Hair:   Eyes:   Scars/Tattoos:
- ☐ Interpreter   **Language/Dialect:**   Auto Description:

**Location/Status:**

- **Arrest Date:**   ☐ Already in Federal Custody as of:   in:
- ☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody
- ☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested
- ☐ Arrest Warrant Pending   ☒ Detention Sought   ☐ Bond

**Defense Counsel Information:**

- Name:   ☐ Court Appointed   Counsel Conflicts:
- Address:   ☐ Retained
- Phone:   ☐ Public Defender   ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

- **AUSA(s):** Alexander E. Blanchard   **Phone:** 703-299-3818   Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Nicole Miller, Federal Bureau of Investigation

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 111(a)(1), (b) | Assault on U.S. employee | 1 | Felony |
| Set 2: | | | | |

**Date:** May 16, 2023   **AUSA Signature:** /s/ Alexander E. Blanchard

*may be continued on reverse*